DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FERNANDO HERNANDEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERNANDO HERNANDEZ-MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. 1:08-cr-0331 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> Date:  February 17, 2009 <br> Time:  9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 12, 2009, **may be continued to February 17, 2009 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to permit completion of defense investigation and plea negotiations between the parties. This continuance will conserve time and resources for both parties and the court.

///

///

////

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: January 7, 2009        By:   /s/ Ian Garriques
                                    IAN GARRIQUES
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: January 7, 2009        By:   /s/ Ann H. Voris
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    FERNANDO HERNANDEZ-MARTINEZ

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 7, 2009**             /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    −2−