```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  FERNANDO HERNANDEZ-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0331 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA; ORDER |
| v. | ) ) | Date:  March 16, 2009 |
| FERNANDO HERNANDEZ-MARTINEZ, | ) ) | Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 2, 2009, **may be continued to March 16, 2009 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to permit completion of defense investigation and plea negotiations between the parties. This continuance will conserve time and resources for both parties and the court.

///

///

////

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED:  February 26, 2009        By:   /s/ Ian Garriques
                                 IAN GARRIQUES
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  February 26, 2009        By:   /s/ Ann H. Voris
                                 ANN H. VORIS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 FERNANDO HERNANDEZ-MARTINEZ

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    February 27, 2009**           /s/ Anthony W. Ishii
                                 CHIEF UNITED STATES DISTRICT JUDGE